IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN P. O'NEILL | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-3437 |
| | : | |
| GLENN KERRIGAN, et al. | : | |

**ORDER**

AND NOW, this 22nd day of February, 2013, it is ORDERED Defendants' Letter Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Document 20) is GRANTED as to Counts I and II of the Amended Complaint, which are DISMISSED with prejudice.

It is further ORDERED, this Court having declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, Counts III through VI of the Amended Complaint are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.